# Order

**Michigan Supreme Court**
**Lansing, Michigan**

September 16, 2014

Robert P. Young, Jr.,
Chief Justice

148674(80)

Michael F. Cavanagh
Stephen J. Markman
Mary Beth Kelly
Brian K. Zahra
Bridget M. McCormack
David F. Viviano,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
       Plaintiff-Appellee,

v

SHAWQUANDA BOROM,
       Defendant-Appellant.
_____/

SC: 148674
COA: 313750
Wayne CC: 12-004559-FC

       On order of the Chief Justice, the motion of the Criminal Defense Attorneys of Michigan to extend the time to file an amicus curiae brief is GRANTED. The amicus brief submitted on August 25, 2014, is accepted for filing.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

September 16, 2014

